v. Burkart, No. 5-17-0396. Counsel ready? Yes, Your Honor. May it proceed? Justice Welch, Justice Moore, Justice Overstreet, may it please the Court. We're here today on a 308 certification in regard to the controversy that exists between the plaintiff, the Wilsons, and their attorney, former attorney, Mr. Burkart. This has been a long and tortured litigation, and the main question that involves this litigation is the question of whether or not an attorney has a right to a portion of the judgment proceeds of his clients without legal authority. As has happened in this case, this Court has twice reviewed this situation in regard to the parties between the two. There is no dispute that a judgment proceed received is the client's and not the attorney's. Subsequent to that, Mr. Burkart made a claim concerning certain issues regarding whether or not he was entitled to a portion of the fee. That was litigated. The litigation resulted in a finding that no attorney's lien existed in this case or was perfected in this case. But a court order was entered on an equitable basis of the fact that there was a contract, and therefore he was entitled to a portion and an award was made. That was subsequently the result of certain actions that has been the basis of this litigation since that time. That was in 2010. Pursuant to that judgment, Mr. Burkart went to the court seeking an order for that portion of those funds. Mr. Burkart, ex parte, received that order presenting to the judge the fact that this appellate court had ruled. There was no mandate issued. It had not been received by the circuit court. There was no authority for the circuit court to issue that order at that time. The circuit court did issue that order. That order was then taken to the bank and the funds were withdrawn. Subsequent to that, and during that litigation, there was also an indication by the plaintiffs that they intended to take further legal action in regard to that pending case. That subsequent legal action resulted in a revisit to this court in regard to the original orders of the court concerning whether or not there was jurisdiction for the courts to even entertain Mr. Burkart's claim. This court, with Justice Welch being part of that panel, found there was no jurisdiction. There was no perfected attorney's lien. There was no contract action filed. There was no quantum merit charge being made in regard to Mr. Burkart. The court clearly indicated in that decision in 2012 that the prior order was vacated and all subsequent orders were vacated in regard to that 2010 ruling. Pursuant to that, there was a request made for the return of the funds by Mr. Burkart that has continuously been denied by him and he has not returned the funds. Where are the funds? The funds are in his possession. Do you know if they're in a segregated escrow account? They are not. He has converted them to his own use. Subsequent to those actions, the filing was made in regard to conversion, abusive process, malicious prosecution, and a general remedies circumstance seeking those funds being returned to Mr. and Mrs. Wilson. The court has made various rulings in regard to that. Those rulings being? You mean the trot court? The trot court, I'm sorry. The trot court has made various rulings in regard to that. Dismissing the abuse process, dismissing the malicious prosecution, allowing proceeding on the conversion with a partial summary judgment that is part of the issue on appeal here today, and the general remedies, not just enrichment account, that still is in existence also. Pursuant to that, Judge Harrison has indicated to us that you can proceed on the conversion, but not in regard to the actions related to the 2010 vacated order. That you can only claim the conversion post the 2012 order, which is inappropriate in regard as an inappropriate decision in that the 2012 order vacated all prior orders, so any partial use of that order was also vacated. That has led factually up to the conversion, and is part of the conversion. Even if it were not so, the conversion was subsequently an issue in regard to the 2012 order, when that order was issued, vacating all the prior orders, and a return of funds was not made at that time either. What's the amount of issue alleged to have been converted? A little over $20,000 out of a $39,000. So three appeals over $20,000? Yes. I don't think the math adds up very well. It does not. It surely does not. But this also relates to the fact that Mr. Burkhardt, as their attorney, is claiming $33,000. At one point in time, this only awarded $20,000, but he was claiming $33,000 out of a $39,000 judgment. So that is where we're at in regard to the conversion issue. The court was in error in claiming that even though there was color authority at the time of the 2010 orders, that they are not part of the issue, and to that extent should not be used in regard to the proof of conversion. However, the reason we bring the conversion to you first is in the event that the conversion is looked at by this court, because that is what is the main issue in regard to how it happens, you may issue a summary judgment in regard to the conversion because the facts are not in dispute, and this litigation ends. But aren't before us only certified questions? But within the confine of the certified question regarding the conversion, you are within your authority to take the facts regarding that summary judgment and determine there are no dispute effects. And there are no dispute effects between us. What happened, happened. Mr. Burkhardt took the money and Mr. Burkhardt has not returned the money. The money was the plaintiff's and still is the plaintiff's. In regard to the second issue of this court to determine on the certified questions, is whether the court's granting a defense motion on counts one and three pursuant to section 2619 was an error in that the motion was not included with facts in regard to why the motion should be granted. Counts one and three, count one was a count in regard to malicious prosecution, count three was in regard to malicious prosecution, count one was in view of the abuse of process. Mr. Burkhardt is an attorney. Mr. Burkhardt went to the court to get an order to get money. Mr. Burkhardt, within the confines of all of us that are attorneys, must abide by the rules in regard to jurisdiction. At the time he got that order, the mandate had not returned to the court, even of the order that was subsequently found to be invalid, but had not been returned to the court and there was no jurisdiction for that. Within the confines of being an attorney, he knows to check. He knows the mandate must issue before there would be jurisdiction in this case, and if there wasn't, it was subsequently issued. He did not return to the court. He did not mount an order. He did not ask the court for relief in regard to that. What if we did that now? It's too late now. How is it too late? The fact of the matter is that that order is vacated. There is no right to defund from that 2010 order. That has been vacated. Because of this court's subsequent order? Correct. Now, the third point in regard to this is in regard to the determination in this case under the unjust enrichment of the final issue is whether or not somehow by plaintiff pleading a general allegation in regard to the return of funds based upon all of the pleadings, whether or not in some way Mr. Burkhart could now present an equitable argument in regard to the funds. That is just not the law. That is not the case. There is no equity for him in regard to this. As I indicated to the court, he filed for an attorney's lien. The court, in deciding, determined that he had not perfected an attorney's lien. He then moves, or fails to move, in regard to arguing to the court that he has an equitable right to the funds. And that was granted, but was overturned by this court. They found no equitable right, jurisdictionally, for him to get the money. In regard to that, he has been before various courts. This court, in regard to the 2012 decision, Fourth District Circuit Court of Sandman County, Circuit Court here in Madison County, and this court primarily telling him, If you want to recover, in this case, funds you believe you are entitled to, it must be under a contract. An attorney's lien is not a contractual action. You have failed to file any contract claim. So where we stand now is that Mr. Burkhart has the money, and once again, the question is, There is no contractual action ever been filed, so that he can rely upon a contract. He does not have an attorney's lien. He is not entitled to a bond, and has never filed it. He is not entitled to the funds. It is as simple as that. And it does not get complicated in that regard. He is an attorney. He knows what he has to do, and what he should do. And he has been admonished by this court previously, in the 2012 order, that if you wish to recover, you may file a contract action. Which he did not do, and has never done. And the fact of the matter is, now that the statute of limitations has run on him, and there has been no finding, no court, as it presently stands, there is no order, there is no legal right to the money that he now has. No court has ever issued that order validly, in regard to the case. The original 2012 order is by the by. No other court has found that he has any right to these funds. Do you have any questions? Thank you, Your Honor. May it please the court, counsel, I'm Tom Burkhart, and I represent myself today. It just dawned on me, given the accusation made by fellow counsel, that I guess I might be under some sort of a hemo-obligation to report Judge Harrison, because he's the one that signed the order authorizing me to take that money, to get the deposit withdrawn. I also take contest and ask the opposing counsel to point somewhere in the record that in any way proves that I obtained that order ex parte, because I didn't. The Wilsons were present. In fact, some of the handwritten orders that were done before the November 4th order, I think have it indicated in there that the Wilsons were present. No arguments were made to Judge Harrison outside the presence of the Wilsons. What happened was, let me understand what you're saying about the Wilsons being present. At what year, when, where? It was in October. I can get an exact date. October of what year? When this order went through in November, I think it was 2010. I'm not sure of the precise numbers of the years there. You're talking about the order that was later vacated? Actually, I think that was an April 9th order that was vacated and all subsequent orders to the April 9th order were vacated. That would have included the November order and the October order and any order in between. It was Judge Crowder's April 9th order that ruled in favor of the contract that was the subject of the earlier appeal and that which was affirmed in the first appeal. I've always wished to be humble enough to not be able to explain why the second appeal ruled the way it did. It was a split decision, but it came down the way it did. Vacating that April 8th order saying there was no statutory jurisdiction. It did not rule that there was no subject matter jurisdiction. It ruled that based upon statute you hadn't made a statutory lien and therefore the court was without jurisdiction to enter an equitable lien. Ironically, and I can confess because Judge Harrison and I discussed this, or not discussed it with me, discussed it with my then-counsel Gary Meadows, that he couldn't, he had to, I think he even said it on the record a couple of times, I don't know if it was recorded by a court reporter, he has to somehow justify the second appellate decision with the first appellate decision because it didn't make sense even to him. It didn't make sense to me either, but that's my fault for not being able to understand it. But whatever the matter, you do agree and you wouldn't dispute that that decision would be the law of the case, would you? Which one? The 2012 decision. No. It has to be held the law of the case. I guess I have to answer that question in this way. The earlier appeal was actually sent to the Supreme Court on a petition for leave to appeal and it was denied. Would not that earlier appeal then have been the law of the case that the second appellate court panel should have followed? No. That's where I have a problem with the inconsistency in the two decisions that came down. But they are what they are. So you ask me whether the second appeal, which seemed to be contrary to the first appellate decision, is the law of the case. When the first appellate decision went all the way up to the Supreme Court, the PLA was denied, and then we get the second appeal. You don't dispute that PLA's being denied is not something we consider as authority. No, but it makes the appellate decision the law of this case. I would suggest that's the law. So no, I don't deny that the fact that the Supreme Court decides not to take an appeal has anything other than to say that appellate decision, for the purposes of the parties, is the law of the case from now on. Well, then the second appeal comes up and we get the decision we got in the second appeal, which was a split decision. Again, I don't wish to attack the second appeal. I just wish that we take the first appeal, which ruled in favor of the contract, which ruled in favor of the equitable lien, to be the law of the case, as much as the second appeal. If this honorable court can somehow mesh those two together and make a border, I'd love to see that. But, in all due respect, that kind of does tail into one of the arguments I was making in my suggestion that, you know, the second appeal was the order was issued without a remand. Now, this is something I learned during this case, because I didn't know this legal principle before preparing my defense in this appeal. And, by the way, I was represented by counsel up until Mr. Bradford referred to the Springfield incident. Well, that was the declaratory judgment action the ISBA mutual took against me to get rid of my counsel. So I was suddenly without counsel. And so we switched gears there. And when I got involved, I looked up and I saw that, you know, guess what? Our Supreme Court has adopted, I think it's called transactional res judicata, which means that, combined with the Dale and Jupiter case that I cite in my brief, means that the Wilsons, by virtue of not doing anything after that second appeal, which was an order issued without remand, and it simply reversed the trial court, and yet, or during that case, they brought up the request to have the money, the very $20,000 they stood here and talked about today, they were requesting that be remanded and taken up. That panel, split as it was, said, no, we're not going to remand it. Frankly, when I got that decision, I didn't like it, but I said, you know what? I think this case is over. And then they filed a second complaint. I say, under Dale and Jupiter, they should never have been allowed to do that, because according to transactional res judicata, even if they could think of an unknown theory we don't know about yet today, to bring against me, if they could come up with some unknown theory that they could submit against me involving this same transaction, i.e., my representation of them, they can't bring it up, because they could have brought it up before. And I think that's what the Dale and Jupiter case says. The Supreme Court case that adopted transactional res judicata says that. So even as we sit here today, I think this, you know, I've always tried to think about analogies. I think when you have four aces, you slay them down. And frankly, I think I do. I'll remain humble enough for this court to explain to me why I don't. But why didn't they ask, they filed a motion for you to remand the case back to the circuit court so that the circuit court could take up whatever other issues they wanted to take up? We were at war in 2012. Them against me, nobody else. Well, Gary Meadows was my lawyer at the time. But in any event, they had to bring every case and everything they had against me involving my representation of them against me at the time. They didn't ask for a remand, and Dale and Jupiter is exactly that case. In fact, I was going to begin my argument by quoting Dale and Jupiter, the very first line of it. In law, as in life, missed opportunities can prove costly. Yeah, in that case, the attorney didn't bring up a fee-shifting agreement in his contract in the underlying primary case. And the appellate court said, sorry, we reversed that case without remand, and therefore the circuit court had no jurisdiction to do anything. And if we apply that case precedence to this case, Justice Harrison's orders, every order that he entered after this panel, this court's last Rule 23 order, should be vacated. Because he didn't have jurisdiction. Because you didn't remand it. And now the second suit, the 2012 lawsuit they filed, admittedly is dredging up the same malpractice claims and claims to try and get the money back from me. So I suggest that the Dale and Jupiter case is pretty much the four aces that wins the game in this case. On the other issues, I guess I need to address them, but I don't want to take up too much of the Court's time, because I'm sure, as is evident, the Court's read the briefs in the case and is very familiar with this case, which has now been up here three different times. I did make the affirmative defenses in the case. I really couldn't understand the plaintiff's argument with regard to this, but apparently they're saying I'm not allowed to present evidence in support of my affirmative defenses. I didn't understand that. I still don't understand it. The affirmative defenses that I raised in the pleadings was that, number one, my actions were authorized by court order. And that gets me back to do I have a duty to report Judge Harrison, because apparently I was unethical at the time. He must have been unethical at the time entering the order. I don't know. I don't think so. But anyway, if my actions were authorized by court order at the time they were done, then you can never have conversion. And I cite MidAmerica Life Marine Insurance Company for that proposition. It doesn't really matter whether later that particular order, which was valid at the time the action was done, is later determined to be vacated. Can you imagine what ramifications that would have on commercial life? We have to wait until every appeal is done? And especially when you have an earlier appeal that said your actions and your contract is okay, it's completely ethical, and the judgment saying that you get the money unethically is valid. Well, then we'd have to wait, what, I think it was about five, six years before any action could be done. That can't be the law. And MidAmerica is the case that stands for that. The second affirmative defense is the one that I think is somehow the plaintiff's making an issue with, and that is that my fee agreement with the Wilsons was fully enforceable, and the amount received by me was far less than the fees owed by the Wilsons to me. It took quite a while to win the verdict we won. I was entitled to the verdict according to Judge Crowder, or no, I was entitled to the verdict under Judge Malott when he was a judge, and it was affirmed on appeal. And then it came time for the bidding of the attorneys, so figuring out the bidding of the proceeds, and Judge Crowder reviewed the ethical veracity of our contract, said it was fine, and this court in its first appeal, as I point out in my brief, endorsed her order, actually put it into Rule 23 order, and what she said, it's ethical and there's nothing wrong with it. So with those affirmative defenses, as I argue in my brief, it's really a matter of evidentiary law, not somehow saying that I'm not allowed to bring them. I think it's a matter of black-letter law that if the same facts constitute both a defense and a counterclaim, the defendant can raise them as either. Remember, and I cite cases in my brief with regard to the fact that Illinois is a permissive counterclaim state. There's nothing that says I have to counterclaim. It was brought up in argument by counsel that at one point I asked for some $30,000 or something. I didn't in this case. I don't want to make a counterclaim. I want this case to be in my review mirror. I want it over with. I want it done with. I want this panel to take a dagger and stick it in the eye of this case and say it's over. And I think Dale and Jupiter is the law that says you really should do that. The right of vote. Maybe this court believes it should accept this 308 appeal so that it can rectify or somehow figure out how to get the first appeal and the second appeal to go together. Judge Henderson, I would say, did, I think, an excellent job of pursuing the case to a point where we could get it back here again. And what he was doing was he was trying to say, look, let's get some evidence on the amount of hours spent, what a reasonable fee would be, and believe me, a $20,000 fee for the amount of hours that was spent in this case. I spent that in the underlying case against the Lowski Realtors. I spent well over that. Judge Crowder knew that. That was all in the record. And even my statements showing all the time that was spent, I think I made, I don't know, it was under $100 an hour on it. So, but he wanted some testimony to put in there because he didn't think, I think his exact words were, he didn't think the first appeal was raised judicata on the amount. And so he wanted to have a trial on, well, it's the money you have, Willie, you have every right to have it. I think he was wrong in that regard because, frankly, I think as the case stood, after no remand, the parties were strangers. That's the way I look at it. They want money from me. They have to file a complaint that entitles them to get money from me. They can invoke like seven different theories. They want to say, well, you'll commit a malpractice in the underlying case. That's already been ruled on and it's been taken up to the Supreme Court. That issue's gone. Well, you don't have the right to possession, conversion, or something like that. They have to make every one of the legal elements of that complaint. If they don't, it's properly dismissed, and that's what Judge Harrison did. And then we get down to this equitable thing with regard to conversion or whatever else. You didn't return the money. Twenty-one days after the no remand mandate was issued, there was no obligation for me to return anything. Parties were in the perfect position of strangers because they had their 20. Remember, they got money out of that, too. And I had my 20. It was some 41,000, so I'm rounding it off here. But we both got our money. We were in separate corners, separate ways. We should have gone our separate ways in life at that point in time. It was over. And it should be over after today, too. I don't even know if I should address the third certified question or not. It has to do with the – I fully recognize, I think I confessed that in my brief. It may not have been categorized out as Section 2-619.1 requires, but I do believe it was delineated well enough for the judge to make a valid decision on the motion to dismiss, and therefore that constitutes no grounds for reversing it. So I'm not even sure that question should have been certified, but it was, and so I argued it. So I rely a lot on the Dahlin case, and I've got to confess I didn't – although I asked Gary to – Gary Meadows was my lawyer when I was represented – to raise the issue of race judicata, and he did. He didn't push it hard. Once I took over the case, I found this Dahlin-Jupiter case simply because I read Eclipse all the time, the ISBA publication, and I found a case that alerted me to it, and I said, I've got to look into this. I said, hey, I think I've got a lot stronger argument than Gary thought. Well, we can always learn new tricks, and I think that – you know, I don't think you see how you can get around it. The Wilsons want a second bite of the apple. In this case, the 2012 case, they can't have it because they should have filed in 21 days a request for you to remand the case to the circuit court. They requested that in their brief, but they filed in that case, in that early appeal, and then the panel, for some reason, didn't remand it. I think they did it for a reason, because they said, this case is over. You're technically right. There may not have been statutory jurisdiction. There sure as heck was subject matter jurisdiction. They even said that in their order, Rule 23 order. But because you didn't follow the statute, the court simply went beyond its authority. In fact, let me get to it. I wrote it down. In the 2012 appeal, the court said at paragraph 13 and 14, the court drew a distinction between the original subject matter jurisdiction and the statutory jurisdiction that creates rights and duties that have no counterpart. And they said, and this is a quote from the opinion at paragraph 14, where a court in such case fails to proceed in accordance with the strictures of the statute, the court does not somehow lose its constitutionally conferred subject matter jurisdiction. Instead, it simply proceeds in error because it lacks statutory authority. The court has subject matter jurisdiction. There's no question about that. So I've taken up too much time, because I took up all of my 20 minutes, and I didn't think I would. So therefore, unless there are questions, I say let's go on. Thank you, counsel. Thanks. May it please the court. Since the judgment 2012 was cited and continues to be cited to this court as authority for why Mr. Burkhart should get anything because of a subject matter jurisdiction, and he asked you to reconcile the two orders, I want to point you to paragraph 19 of the 2017 decision, 2012 decision, paragraphs 18 and 19. Paragraph 18, in part, because Burkhart failed to strictly comply with the Attorney's Lien Act, he had no lien right. As such, the circuit court suffered from an inability to exercise its constitutionally conferred jurisdiction. Paragraph 19, the circuit court also lacked the authority to hear Burkhart's equitable lien request, which was filed no more than 30 days after judgment in the underlying case. Indeed, Burkhart cites no basis to support the circuit court's jurisdiction to hear his request for a net lien. There is no reconciliation this court needs to do with the 2010 order. This court, in its 2012 order, has specifically stated there is no jurisdiction, subject matter, statutory, or constitutional. Though our law is done with the 2010 order, there is no basis, once again, there is no basis by order of any court of common jurisdiction for him to have received those funds. In addition, he cites Dolan v. Jupiter in regard to something that would clear this matter up, and he claims that that 2012 order was a judgment on the merits. It is not. Dolan v. Jupiter told the defendant in that case that a judgment is not on the merits, where it is based solely on the question of jurisdiction. Once again, two issues. One, it's not an attorney's right, nor under Himmel is it an attorney's requirement that he report a judge. When he appears in front of a judge, as he did with Judge Harrison, it is his obligation, because he is representing to the judge that there is a right to be there, jurisdiction of the court, and he's requesting action. That's offensive to suggest that to any court, in front of any judge, that he did that. Secondarily, in regard to that, we all agree that this litigation would be best ended. The way to end this is to take the 2012 order, the actions of the defendant thereafter, sum of judgment, the conversion count, require that it be returned, the money be returned to the plaintiffs. As far as the remand question in regard to 2012, as this court is very aware, where this decision was jurisdictionally in regard to that, there was nothing more for the court to do. A remand is not necessary when there is no action required of the court, and there was no action required of the court other than telling the court there was no jurisdiction for an order, and the orders are vacated, period. Are there any questions? Thank you, counsel. Thank you. Thank you again for the arguments. The court will take this matter under advisement and render a decision in due course.